**MANDATE**

# United States Court of Appeals
## For the First Circuit

01-00104
USDC/RI
Lagueux, R.

No. 02-2450

UNITED STATES,

Appellee,

v.

KIM ROBINSON,

Defendant, Appellant.

Before

Boudin, Chief Judge,
Selya and Howard, Circuit Judges.

**JUDGMENT**

**Entered: September 14, 2005**

After careful review of the record and counsel's submissions, we are unable to discern a non-frivolous argument that could be advanced in this appeal. Accordingly, the motion to withdraw is allowed, and the judgment of the district court is affirmed.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

Jennifer Calaio
**Deputy Clerk**

**Date:** 10.7.05

[cc: Henry K. Kopel, Donald K. Lockhart, AUSA, David Alan Schechter, Esq., Kim Robinson]