UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CR 01-104L

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Case No.: |
| v. | : | 1st Cir No.:02-2450 |
| Kim Robinson. | : | |

## MOTION TO COMPEL PRODUCTION OF ATTORNEY'S CLIENT FILE

I have made repeated requests to my former attorney, David A. Schechter, Esq., 150 Chestnut Street, Providence, Rhode Island 02903 for a copy of my case file. I include copies of some of these requests with this motion. (See Exhibits A - D).

I ask that the Court order Mr. Schechter to send me a copy of my entire case file to include attorney work product. In the event that my case file contains items that may not be sent to a federal prison or which cannot reasonably be reduced to print, I ask that I be sent a detailed description and sufficient information to uniquely identify each such item, the date the item was received into the file, and the reason the item was not sent.

> "Though [counsel] may not continue to represent the defendant following conviction and the disposition of post-trial motions, he must nevertheless cooperate with defendant's attempts to challenge the conviction or sentence, especially if he possesses unique information about a claim the defendant seeks to raise." Maxwell v. Florida, 497 US 972, 93 L Ed 2d 418, 421, 107 S Ct 474 (1986) (Marshall, J., dissenting from denial of writ of certiorari).

I am preparing a 28 U.S.C § 2255 petition alleging, among other things, that Mr. Schechter did not adequately investigate or otherwise prepare for my case or my appeal.

> "Indeed, with respect to petitioner's allegation that his trial attorney did not adequately prepare for the sentencing proceeding, petitioner's need for acceas to the work files is of paramount importance." Id. at 422.

See also, Spivey v. Zant, 683 F2d 881 (5th Cir 1982); Clark v. Milam, 847 F Supp 424 (SD W Va 1994) (Citing Martin v. Valley National Bank of Arizona, 140 FRD 291, 320 (SDNY 1991); and Hiatt v. Clark, Ky., No 2005-SC-000455-MR, 6/15/06, summarized in 79 CrL 601) each of which holds that a client is entitled to his case file.

Respectfully Submitted,

Kim Robinson

Kim Robinson, Pro se
BOP Reg. No. 05064-070
FMC, Fort Devens
P.O. Box 879
Ayer, MA 01432

9/12/07

attachments

Kim Robinson
Reg. No. 05064-070
FMC Devens
P.O. Box 879
Ayer, MA 01432-0879

March 1, 2005

David A. Schechter, Esq.
150 Chestnut Street
Providence, R.I. 02903
(401) 274-4488

Re: USA. v. Robinson
Court of Appeals No. 02-2450

Dear Mr. Schechter:

I am writing to you to get my files and/or whatever is left that is in your possession. I am researching a possible Booker issue.

Will you kindly send me all the paperwork you have from my case? I am asking you to respond in writing at your earliest convenience.

Sincerely,

Kim Robinson

c: file

**EXHIBIT A**

 Copy

Kim Robinson
Reg. No. 05064-070
FMC Devens
P.O. Box 879
Ayer, MA 01432-0879

August 29, 2005

David A. Schechter, Esq.
150 Chestnut Street
Providence, R.I. 02903

Re: USA v. Robinson
02-2450

Dear Attorney Schechter:

I am in receipt of your August 22, 2005 letter to the First Circuit Court of Appeals. I would like to file my own pro se brief.

Will you kindly forward all of the papers in my file, all of then transcripts you are in possession and all and any papers pertaining to the above captioned matter, including the plea agreement, and every single piece of paper from the beginning of this case.

Very truly yours,

Kim Robinson

c: file
Clerk, First Circuit

**EXHIBIT B**

Copy

Kim Robinson
Reg. No. 05064-070
FMC Devens
P.O. Box 879
Ayer, MA 01432-0879

August 29, 2005

Clerk's Office
U.S. Court of Appeals
For The First Circuit
One Courthouse Way, Suite 2500
Boston, MA 02210

Re: USA v. Robinson
02-2450

Dear Madam/Sir Clerk:

I am in receipt of my attorney's letter dated August 22, 2005, saying he isn't going to file an appeal. See attached.

I would like to file a pro se brief. Kindly let me know what date the brief will be due.

Sincerely,

Kim Robinson

c: file

**EXHIBIT C**

Copy

Kim Robinson
Reg. No. 05064-070
FMC Devens
P.O. Box 879
Ayer, MA 01432-0879

March 22, 2006

David A. Schechter
150 Chestnut Street
Providence, R.I. 02903

Re: USA v. Kim Robinson
C.A. No. 02-2450

Dear Attorney Schechter:

I would like you to forward all the transcripts and papers that you have in relation to my appeal and criminal case. I went before Judge Lagueux, Senior District Judge.

Since the case is over. I figured that you would like to get rid of the excess paperwork. Kindly forward everything you have. I have an attorney friend who wants to look it over any possible relief.

Thank you in advance for your anticipated cooperation.

Sincerely,

Kim Robinson

c: file

**EXHIBIT D**