UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CR 01-104L

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| | : Case No.: |
| v. | : |
| | : 1st Cir No.:02-2450 |
| | : |
| Kim Robinson. | : |

## MOTION TO COMPEL PRODUCTION OF ATTORNEY'S CLIENT FILE

I have made repeated requests to my former attorney, David A. Schechter, Esq., 150 Chestnut Street, Providence, Rhode Island 02903 for a copy of my case file. I include copies of some of these requests with this motion. (See Exhibits A - D).

I ask that the Court order Mr. Schechter to send me a copy of my entire case file to include attorney work product. In the event that my case file contains items that may not be sent to a federal prison or which cannot reasonably be reduced to print, I ask that I be sent a detailed description and sufficient information to uniquely identify each such item, the date the item was received into the file, and the reason the item was not sent.

> "Though [counsel] may not continue to represent the defendant following conviction and the disposition of post-trial motions, he must nevertheless cooperate with defendant's attempts to challenge the conviction or sentence, especially if he possesses unique information about a claim the defendant seeks to raise." Maxwell v. Florida, 497 US 972, 93 L Ed 2d 418, 421, 107 S Ct 474 (1986) (Marshall, J., dissenting from denial of writ of certiorari).

Denied: Ronald R. Lagueux
Sr. USDJ 10/11/07