UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

      v.                       Cr. No. 01-104L

KIM ROBINSON

### ORDER DENYING PETITIONER'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. §3582(c)(2)

Kim Robinson has filed a motion for sentence reduction pursuant to 18 U.S.C. §3582(c)(2) and U.S.S. G. §§1B1.10 and 2D1.1. A review of the record indicates that the defendant is ineligible for a reduction in sentence pursuant to 18 U.S.C. §3582(c) because his sentence was based on his classification as a career offender and his guideline range has not been changed by the amendment to the guidelines. For that reason, and for the reasons stated in the government's memorandum, the motion is denied.

                                  By Order

                                  */s/*
                              Deputy Clerk

ENTER:

*/s/ Ernest C. Torres*

Ernest C. Torres
Sr. U.S. District Judge
Date: Jan. 15, 2009