**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES

     v.                                     Cr. No. 01-104L

KIM ROBINSON

**ORDER**

Kim Robinson has filed Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Doc. #60).  The Government has filed a response (Doc. #61) to the motion.

This is Defendant's second motion for reduction of sentence under § 3582(c)(2).  The first was denied by this Court (Torres, J.) on January 15, 2009 (Doc. #53), because Defendant's "sentence was based on his classification as a career offender and his guideline range has not been changed by the amendment to the guidelines."  That denial was summarily affirmed by the Court of Appeals for the First Circuit on June 2, 2009 (Doc. #59).

Nothing has changed since 2009.  Defendant was sentenced as a career offender, not based upon a guideline range which has since been amended.  Accordingly, Defendant's Motion for Reduction of Sentence is DENIED.

SO  ORDERED:


/s/Ronald R. Laqueux
Ronald R. Lagueux
Senior United States District Judge
DATE: March  14, 2013